**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHRISTIAN WAYNE JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-cv-141 (MTT)** |
| | ) | |
| **Warden TAMARSHE SMITH, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is Defendants' consent motion for leave to take the deposition of non-party prisoner, Christopher Reed, a state prisoner in the custody of the Georgia Department of Corrections, pursuant to Fed. R. Civ. P. 30(a)(2)(B). Upon due consideration, the motion is **GRANTED**.

**SO ORDERED**, this 4th day of September, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT